UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR2833-JM |
| Plaintiff | ) | CRIMINAL NO. 08MJ2391 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jesus Aguilar-Olivas (1) | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Olga Aguilar-Alvarez

DATED: 08-26-08    (at casa San Juan)

Ruben L. Brooks
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____        OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Maria Mirabella
~~Deputy~~ Clerk, Maria J. Mirabella

CLERK'S OFFICE COPY            ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95