FILED

AUG 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 2833-JM |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., |
| JESUS AGUILAR-OLIVAS (1), | Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and |
| GABRIEL OJEDA-GRACIA (2), | Aiding and Abetting |
| Defendants. | |

The United States Attorney charges:

On or about July 31, 2008, within the Southern District of California, defendants JESUS AGUILAR-OLIVAS and GABRIEL OJEDA-GRACIA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Delia Lopez-Leal, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 8/26/08 .

KAREN P. HEWITT
United States Attorney

_Jenniee M. Becker for_

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
8/13/08